UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEAST DIVISION

| | |
|---|---|
| VERONICA BURROUGHS, | : |
| | : Civil Action No.: 1:17-cv-165-SNLJ |
| Plaintiff, | : |
| v. | : |
| NAVIENT SOLUTIONS, LLC, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Navient Solutions, LLC, with prejudice and without costs to any party.

Veronica Burroughs

/s/ Sergei Lemberg

Sergei Lemberg, Esq.
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
(203) 653-2250
Attorney for Plaintiff

Navient Solutions, LLC

/s/ Laura J. Gust

Laura J. Gust, Esq.
Sandberg Phoenix & von Gontard P.C.
600 Washington Avenue - 15th Floor
St. Louis, MO 63101-1313
(314) 231-3332
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2018, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Missouri Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg

**SO ORDERED this 9th of March, 2018.**

_____
**STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE**

3